**NOT FOR PUBLICATION**

APR 30 2015

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MIN CHEN, | No. 13-72630 |
| Petitioner, | Agency No. A099-905-783 |
| v. | |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 22, 2015[**]

Before:     GOODWIN, BYBEE, and CHRISTEN, Circuit Judges.

Min Chen, a native and citizen of China, petitions for review of the Board of

Immigration Appeals' ("BIA") order dismissing his appeal from an immigration

judge's decision denying his application for asylum and withholding of removal.

We have jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

the agency's factual findings, *Zehatye v. Gonzales*, 453 F.3d 1182, 1184-85 (9th Cir. 2006), and we deny the petition for review.

Substantial evidence supports the BIA's determination that, even if Chen were credible, his experiences in China, considered cumulatively, did not rise to the level of past persecution. *See He v. Holder*, 749 F.3d 792, 796 (9th Cir. 2014) (applicant must show "substantial evidence of further persecution" apart from spouse's forced abortion). Substantial evidence also supports the BIA's finding that Chen failed to establish an objectively reasonable fear of future persecution in China. *See id.* Thus, Chen's asylum claim fails.

Because Chen failed to establish eligibility for asylum, his withholding of removal claim necessarily fails. *See Zehatye*, 453 F.3d at 1190.

**PETITION FOR REVIEW DENIED.**